IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DUNCAN J. McNEILL                                                                                    PLAINTIFF

v.                                        4:05CV00986WRW/HDY

UNITED STATES OF AMERICA, et al.                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice as frivolous and for failure to state a claim.  The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal taken from this Judgment and the accompanying Memorandum and Order dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 19th day of August, 2005.


                                                                          /s/ Wm. R.Wilson,Jr.
                                                                     UNITED STATES DISTRICT JUDGE